UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEVI THOMPSON,<br>      Petitioner,<br><br>      v.<br><br>MICHAEL D. OVERMYER,<br>*SUPERINTENDENT*; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA; and THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA;<br>      Respondents. | :<br>:<br>:<br>:    No. 2:18-cv-1010<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 17th day of November, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Objection, ECF No. 49, is **OVERRULED**.

2. This Court's Order dated September 24, 2025, adopting the Report and Recommendation, dismissing the habeas petition, denying a certificate of appealability, and closing the case remains in effect. *See* ECF No. 47.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge